IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>    Plaintiff,<br><br> v.<br><br>DENISE DALY,<br><br>    Defendant. | No. C 11-2387 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 24.) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action under 42 U.S.C. § 1983. On January 20, 2012, Defendant filed a motion for summary judgment. On February 22, 2012, Plaintiff filed an opposition. On July 16, 2012, the Court notified Plaintiff that he would be allowed fourteen (14) days from the date of the order to file a supplemental opposition in light of *Woods v. Carey*, 684 F.3d 934, 935, 940-41 (9th Cir. 2012). Plaintiff has filed a motion for an extension of time to file his supplemental opposition. Plaintiff's motion is **GRANTED**. The supplemental opposition **shall be filed no later than fourteen days after the filing date of this order**. Defendant's supplemental reply shall be filed no later than **seven days** thereafter.

This order terminates docket no. 24.

IT IS SO ORDERED.

DATED:   8/22/12

                                        LUCY H. KOH
                                        United States District Judge

Order Granting Plaintiff's Motion for Ext. of Time to File Supp. Opp. To Def. Motion for Summary Judgment
G:\PRO-SE\SJ.LHK\CR.11\Atterbury387eot_suppOpp.wpd